**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 12-6994**

―――――――――

UNITED STATES OF AMERICA,

　　　　　　Plaintiff - Appellee,

　　　v.

THOMAS WALKER,

　　　　　　Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:07-cr-00480-REP-1)

―――――――――

Submitted: September 25, 2012　　　Decided: October 12, 2012

―――――――――

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Michael S. Nachmanoff, Federal Public Defender, Paul G. Gill, Assistant Federal Public Defender, Richmond, Virginia, for Appellant. Neil H. MacBride, United States Attorney, Richard D. Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Walker appeals the district court's order denying a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Walker, No. 3:07-cr-00480-REP-1 (E.D. Va. May 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED